UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS M. JOHN-CHARLES, | No. 2:16-cv-1504 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| BRIAN DUFFY, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file objections to the October 31, 2017 findings and recommendations. ECF No. 8. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8) is granted;

2. Plaintiff shall have thirty days from service of this order in which to file his objections.

DATED: November 29, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE